O. J. GUDE CO. Appellant, v. FLEISCH-MAN, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by the O. J. Gude Company, New York, against Udo M. Fleischman. A. S. Gilbert, for appellant. F. S. Jackson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O. J. GUDE CO. v. FLEISCHMAN. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by the O. J. Gude Company, New York, against Udo M. Fleischman. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

OLCOTT et al., Respondents, v. HELLENIC TRANSATLANTIC STEAM NAVIGATION CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by William M. K. Olcott and others against the Hellenic Transatlantic Steam Navigation Company, Limited. A. C. Cass, for appellant. A. W. Bonynge, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

OLDMIXON, Respondent, v. CORN, Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Leon Oldmixon against Henry Corn. No opinion. Order affirmed, with $10 costs and disbursements.

OLIVER TYPEWRITER CO., Respondent, v. NASSAU COUNTY REPUBLICAN, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by the Oliver Typewriter Company against the Nassau County Republican. No opinion. Appeal dismissed, with $10 costs and disbursements, because of defect in papers on appeal, in failing to print the affidavit of Raymond Ballantine, verified November 4, 1910, which is recited in the order appealed from. See, also, 128 N. Y. Supp. 1137.

OPPENHEIMER, Appellant, v. VAN RAALTE et al., Respondents. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Louis Oppenheimer against Emanuel Van Raalte and others. J. H. Dougherty, Jr., for appellant. O. C. Sommerich, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'ROURKE, Respondent, v. DEGNON·REALTY & TERMINAL IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Elizabeth O'Rourke, as administratrix, etc., against the Degnon Realty & Terminal Improvement Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 139 App. Div. 695, 124 N. Y. Supp. 364.

OSBORN, Respondent, v. CARDEZA et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Ellen C. Osborn against Howard J. M. Cardeza and others. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 128 N. Y. Supp. 1137.

In re OSGOODBY. (Supreme Court, Appellate Division, First Department. May 12, 1911.) In the matter of Alfred B. Osgoodby, an attorney. No opinion. Reference ordered before the official referee. Settle order on notice.

In re O'SULLIVAN. (Supreme Court, Appellate Division, First· Department. May 26, 1911.) In the matter of Michael O'Sullivan, an attorney. No opinion. Application denied. Settle order on notice. See, also, 117 App. Div. 909, 102 N. Y. Supp. 1144; 122 App. Div. 527, 107 N. Y. Supp. 462; 124 App. Div. 922, 108 N. Y. Supp. 1143.

OTIS, Appellant, v. SCHROEDER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by Charlotte R. Otis against Henry C. Schroeder and another. No opinion. Decision affirmed, with costs.

In re OTIS' ESTATE. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) In the matter of the estate of Sarah A. Otis, deceased. No opinion. Order reversed, with $10 costs and disbursements, and motion granted.

OTTINGER v. BENNETT. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by Marx Ottinger against John R. Bennett. With this case have been consolidated in this court cases bearing titles as follows: National Park Bank v. Henry B. Billings; William J. Logan v. Greenwich Trust Co.; Manufacturers' Commercial Co. v. August Hecksher. No opinions. Motions granted. Questions certified. Orders filed. See, also, 129 N. Y. Supp. 819.

OVERHEISER, Appellant,· v. LACKEY, Respondent. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Franklin Overheiser against Mary E. Lackey, individually, etc. J. W. Weed, for appellant. W. C. Davis, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

OVERTON, Appellant, v. WYATT, Respondent. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by Winfield S. Overton against George Wyatt. No opinion. Judgment of the Municipal Court affirmed with costs. See, also, 127 N. Y. Supp. 1135.

In re OWENS. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) In the matter of the application of Isaac B. Owens, for admission to the bar. No opinion. Application granted.

PALMER, Appellant, v. BOK, Respondent. (Supreme Court, Appellate Division, First De-

partment. May 26, 1911.) Action by Harry C. Palmer against Gustav Bok. A. K. Stricker, for appellant. P. Allen, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 128 N. Y. Supp. 1137.

PARSONS, Respondent, v. SYRACUSE, B. & N. Y. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Horace J. Parsons, as administrator, etc., against the Syracuse, Binghamton & New York Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 133 App. Div. 461, 117 N. Y. Supp. 1058.

SMITH, P. J., not voting.

PAUL J. RAINEY PIER CO., Respondent, v. GABRIEL–BLAKE CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1911.) Action by the Paul J. Rainey Pier Company against the Gabriel-Blake Company. No opinion. Order affirmed, with $10 costs and disbursements.

PEABODY et al., Respondents, v. RICHARD REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Charles M. Peabody and others, as committee of W. H. Peabody, an incompetent, against the Richard Realty Company and another. No opinion. Judgment and order (69 Misc. Rep. 582, 125 N. Y. Supp. 349) affirmed, with costs.

PEACOCK, Respondent, v. T. A. SNIDER PRESERVE CO., Appellant. (Supreme Court, Appellate Division Fourth Department. May 3, 1911.) Action by George J. Peacock against the T. A. Snider Preserve Company. No opinion. Judgment and order affirmed, with costs.

PEACOCK, Respondent, v. T. A. SNIDER PRESERVE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 31, 1911.) Action by George J. Peacock against the T. A. Snider Preserve Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For fomer decision, see supra.

PEARCE, Respondent, v. STACE, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Carrie W. Pearce against William A. Stace. No opinion. Judgment and order affirmed, with costs. See, also, 127 N. Y. Supp. 1135.

SMITH, P. J., dissents.

In re PECK. (Supreme Court, Appellate Division, First Department. April 28, 1911.) In the matter of Arza C. Peck, deceased. T. B. Casey, for appellant. H. Thompson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PECK, Appellant, v. BUTLER, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Harry T. Peck against Nicholas M. Butler. J. S. Buhler, for appellant. C. L. Jones, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PENFIELD, Appellant, v. PENFIELD, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by William W. Penfield against Susan A. Penfield. G. Roberts, for appellant. T. A. McKennell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE v. ALVAREZ et al. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Proceeding by the People of the State of New York against Manuel Alvarez and another. No opinion. Motion to dismiss appeal granted, unless appellants comply with terms stated in order. Order filed.

PEOPLE v. ALVAREZ. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Proceeding by the People of the State of New York against Manuel Alvarez. No opinion. Motion denied. Order filed. See, also, supra.

PEOPLE v. DORY. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Proceeding by the People of the State of New York against Andrew Dory. No opinion. Motion granted, on condition that stay be vacated and application for certificate of reasonable doubt be withdrawn. If these terms be not complied with, motion denied. Settle order on notice.

PEOPLE, Respondent, v. KEITH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Proceeding by the People of the State of New York against George Keith. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. MOHL, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Proceeding by the People of the State of New York against Charles Mohl. J. F. Cowan, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE v. MORMON. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Appeal from Kings County Court. Harry Mormon was convicted of rape, and appeals. Reversed. See, also, 127 N. Y. Supp. 1136. Frank A. Crowe, for appellant. Peter P. Smith, Asst. Dist. Atty., for the People.

PER CURIAM. The defendant has been convicted in the County Court of Kings county of the crime of rape in the second degree, and has been sentenced to the state prison at Sing Sing for an indeterminate period—the minimum 7 years and 5 months, and the maximum 10 years. He is a young man, 23 years of age, and the rape consisted of voluntary intercourse with a girl under the age of 18 years. The defendant's guilt was clearly established by the